| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Office of Quigley & Fayette, LLC<br>1675 Whitehorse-Mercerville Road<br>Suite 204<br>Hamilton, NJ 08619<br><br>In Re:  Joseph McQueen | Order Filed on November 9, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 11-24354<br><br>Adv. No.<br><br>Hearing Date: 11/22/16<br><br>Judge: (MBK) |

# ORDER TO ALLOW WAIVER OF CERTIFICATION IN SUPPORT OF DISCHARGE AND REQUIREMENT OF DEBTOR EDUCATION FOR DEBTOR JOSEPH MCQUEEN

The relief set forth on page number two (2) is hereby **ORDERED.**

**DATED: November 9, 2016**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Motion of Kevin C. Fayette, Attorney for the Debtor, for approval for waiver of the requirements for Debtor, Joseph McQueen, to participate in Debtor Education and completion of Certification is Support of Discharge and after notice and opportunity for hearing having been given to the Debtor and all other parties in interest, and a hearing having been held by the Court and for cause shown

1. ORDERED- Debtor Joseph McQueen is not required to participate in Debtor Education and competition of Certification is Support of Discharge.

2. ORDERED- The Chapter 13 Trustee shall process case for Discharge.