UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Quigley & Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619

In Re:  Joseph McQueen

Order Filed on November 9, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 11-24354

Adv. No.

Hearing Date: 11/22/16

Judge: (MBK)

## ORDER TO ALLOW WAIVER OF CERTIFICATION IN SUPPORT OF DISCHARGE AND REQUIREMENT OF DEBTOR EDUCATION FOR DEBTOR JOSEPH MCQUEEN

The relief set forth on page number two (2)  is hereby **ORDERED.**

**DATED: November 9, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Motion of Kevin C. Fayette, Attorney for the Debtor, for approval for waiver of the requirements for Debtor, Joseph McQueen, to participate in Debtor Education and completion of Certification is Support of Discharge and after notice and opportunity for hearing having been given to the Debtor and all other parties in interest, and a hearing having been held by the Court and for cause shown

1. ORDERED- Debtor Joseph McQueen is not required to participate in Debtor Education and competition of Certification is Support of Discharge.

2. ORDERED- The Chapter 13 Trustee shall process case for Discharge.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 11-24354-MBK
Joseph W. McQueen                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Nov 09, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2016.
db             #+Joseph W. McQueen,    802 Garnet Drive,    Burlington, NJ 08016-4715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Dori L. Scovish    on behalf of Creditor    BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS
               SERVICING, LP doris@efwlaw.com
              Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Joseph W. McQueen lawoffices@quigleyfayette.com
                                                                                             TOTAL: 6